UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINWOOD HOSEA GORDON,<br>Plaintiff,<br>v.<br>SPENCER DAVID LONG and AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS,,<br>Defendants. | No. 2:26-cv-2233 DJC AC PS<br><br>ORDER |

Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has filed a request for leave to proceed in forma pauperis ("IFP") and submitted the affidavit required by that statute. See 28 U.S.C. § 1915(a)(1). The motion to proceed IFP will therefore be granted.

Granting IFP status, however, does not mean that the case can move forward. The federal IFP statute requires federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). At this juncture, plaintiff's complaint cannot be substantively reviewed or approved for service because it is unsigned. "All pleadings and non-evidentiary documents shall be signed by the individual attorney for the party presenting them, or by the party involved if that party is appearing in propria persona." E.D. Cal.

Local Rule 131(b), see also, Fed. R. Civ. P. 11. Plaintiff included a signature block for himself on the compliant, but it is not signed or dated. ECF No. 1 at 5. Because plaintiff is representing himself, he must sign his complaint in order for the complaint to be considered by the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;
2. Plaintiff shall have 30 days from the date of this order to file a signed amended complaint.

DATED: July 21, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE